IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LISA TRACEY,

        Plaintiff,

vs.

ST. JUDE MEDICAL, INC.,

        Defendant.

8:14CV198

ORDER

This matter is before the court on the plaintiff's Motion for Reconsideration of the December 1, 2014 Order on Defendant's Motion for Entry of Protective Order (Filing No. 22). The matter was fully briefed. Counsel for the parties engaged in a telephone conference with the undersigned magistrate regarding the motion on January 14, 2015. Upon consideration and for good cause shown,

**IT IS ORDERED**:

The plaintiff's Motion for Reconsideration of the December 1, 2014 Order on Defendant's Motion for Entry of Protective Order (Filing No. 22) is granted to the extent the word "current" is stricken from paragraph 6(f) on page 3 of the Protective Order (Filing No. 21).

Dated this 14th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge