IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA TRACEY,<br><br>                Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL S.C., Inc.;<br><br>                Defendant. | **8:14CV198**<br><br>**ORDER** |

This matter is before the Court on Defendant St. Jude Medical S.C., Inc.'s ("St. Jude") Objections to Order Granting Plaintiff's Motion in Limine to Exclude the Testimony of Dr. Van de Graaff and Her Motion to Quash (Filing No. 232). Trial in this case is set to begin September 19, 2016. To allow sufficient time to fully address this matter before trial, Plaintiff Lisa Tracey is hereby ordered to file any response to St. Jude's objections on or before September 2, 2016.

Dated this 30th day of August, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge