IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA TRACEY, | |
| Plaintiff, | 8:14CV198 |
| vs. | |
| ST. JUDE MEDICAL S.C., Inc., | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on Defendant St. Jude Medical S.C., Inc. ("St. Jude") and Plaintiff Lisa Tracey's ("Tracey") Joint Motion in Limine on Designated Objections (Filing No. 233) relating to objections to portions of the videotape deposition of Kent Gleed, M.D. (Filing No. 233-1). The Court has reviewed the deposition and the objections and rules as follows.

IT IS ORDERED:

1. All designated objections in the videotape deposition of Kent Gleed, M.D. (Filing No. 233-1) are overruled except

    a. Page 16, Lines: 20-24 – Hearsay and relevancy objections are sustained.

    b. Page 16, Line: 25 to Page 17, Lines 1-4 – Hearsay and relevancy objections are sustained.

    c. Page 17, Lines: 4-14 – Relevancy objections are sustained.

    d. Page 17, Lines: 15-21 – Foundation and relevancy objections are sustained.

    e. Page 17, Lines: 22-25 to Page 18, Lines 1-8 – Foundation and relevancy objections are sustained.

2. The parties are directed to edit the videotape in accordance with this Order and the process described in their Joint Motion in Limine (Filing No. 233).

Dated this 9th day of September, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge