IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA TRACEY,<br><br>     Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL S.C., Inc.,<br><br>     Defendant. | 8:14CV198<br><br>**MEMORANDUM<br>AND ORDER** |

  This matter is before the Court on Plaintiff Lisa Tracey's ("Tracey") objections (Filing No. 265-1) to portions of the videotape deposition of Eric Van De Graaff, M.D. (Filing No. 265-2). The Court has reviewed the deposition and the objections and rules as follows.

  IT IS ORDERED:

1. All designated objections in the videotape deposition of Eric Van De Graaff, M.D. (Filing No. 265-2) are overruled.

2. The parties are directed to edit the videotape in accordance with this Order and the process described in their prior Joint Motion in Limine (Filing No. 233).

Dated this 14th day of September, 2016.

               BY THE COURT:

               s/ *Robert F. Rossiter, Jr.*
               United States District Judge